NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-870

JENNIE ALLEN

VERSUS

TOWN OF LECOMPTE, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 205,618
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

**********

BILLIE COLOMBARO WOODARD
JUDGE

**********

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard
Ezell, Judges.

**AFFIRMED.**

Dorwan Gene Vizzier
Broussard, Bolton, Halcomb & Vizzier
Post Office Box 1311
Alexandria, Louisiana 71309-1311
(318) 487-4589
Counsel for: Plaintiff/Appellee
Jennie Allen

Randall Brian Keiser
Keiser, Auzenne & Boudreaux
Post Office Box 12358
Alexandria, Louisiana 71315-2394
(318) 443-6168
Counsel for: Defendants/Appellants
Town of LeCompte
Mikel White